**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **NORTH AMERICAN SPECIALTY INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **CIVIL ACTION NO. 5:10-CV-191 (MTT)** |
| **PEN PALS PRODUCTIONS, LLC,** *et. al,* | ) ) | |
| **Defendants.** | ) ) ) | |

## ORDER

This matter is before the Court on Plaintiff North American Special Insurance

Company's Motion to Add Defendant (the "Motion") (Doc. 14).  The Plaintiff seeks to

add NES Rental Holdings, Inc. ("NES Rentals") as a defendant because NES Rentals

asserted cross claims against Stephen Michael Simon in the underlying suit,

*Lamensdorf v. White*, 5:09-cv-424 (MTT), after the Plaintiff instituted this declaratory

judgment action.  The Plaintiff has offered to defend Simon on the cross claims under

reservation of rights.  The Defendants did not file an objection to the Motion.  Pursuant

to Fed. R. Civ. P 15(a)(2), leave should be freely given to parties seeking to amend its

pleading.  Because there was no objection to the Motion and due to the policy in favor

of granting leave to amend pleadings, leave is appropriate.  The Motion is **GRANTED**.


**SO ORDERED**, this the 2nd day of September, 2010.


S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT