# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION FILE NO. 5:10-cv-191-MTT |
| PEN PALS PRODUCTIONS, LLC; STEPHEN ROBERT SIMON, STEPHEN MICHAEL SIMON; JASON WELIN; MICHAEL LAMENSDORF and KATHY LAMENSDORF, both Individually and as representatives of the Estate of JOHN HUNT LAMENSDORF; and NES EQUIPMENT SERVICES CORPORATION, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CONSENT ORDER DISMISSING STEPHEN MICHAEL SIMON

For good cause shown, and upon consent of the parties, Stephen Michael Simon is dismissed with prejudice. All parties will bear their own expenses.

**IT IS SO ORDERED** this 7th day of December, 2010.

s/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT